UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
KASPARI, PAUL D § Case No. 16-22477
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,100.00 *(Without deducting any secured claims)* | Assets Exempt: 153,507.81 |
| Total Distributions to Claimants: 2,638.52 | Claims Discharged Without Payment: 797,931.13 |
| Total Expenses of Administration: 956.48 | |

3) Total gross receipts of $ 3,595.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 3,595.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 956.48 | 956.48 | 956.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 382,000.00 | 418,569.65 | 418,569.65 | 2,638.52 |
| **TOTAL DISBURSEMENTS** | $ 382,000.00 | $ 419,526.13 | $ 419,526.13 | $ 3,595.00 |

4) This case was originally filed under chapter 7 on 07/13/2016 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2017        By:/s/Phillip D. Levey
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 3,595.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,595.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 898.75 | 898.75 | 898.75 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 16.64 | 16.64 | 16.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 1.09 | 1.09 | 1.09 |
| ASSOCIATED BANK | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 956.48 | $ 956.48 | $ 956.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citizens State Bank 620 Mail Street POB 219 La Crosse, WI 54602 |  | 382,000.00 | NA | NA | 0.00 |
|  | Small Business Administration 500 W Madison Chicago, IL 60661 |  | 0.00 | NA | NA | 0.00 |
| 000001 | CITIZENS STATE BANK OF LA CROSSE | 7200-000 | NA | 418,569.65 | 418,569.65 | 2,638.52 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 382,000.00 | $ 418,569.65 | $ 418,569.65 | $ 2,638.52 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-22477 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | KASPARI, PAUL D | | | Date Filed (f) or Converted (c): | 07/13/16 (f) |
| | | | | 341(a) Meeting Date: | 08/05/16 |
| For Period Ending: | 06/15/17 | | | Claims Bar Date: | 01/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSEHOLD FURNISHINGS | 750.00 | 750.00 | | 0.00 | FA |
| 2. Electronics | 200.00 | 200.00 | | 0.00 | FA |
| 3. Checking Account | 1,400.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account | 2,000.00 | 150.00 | | 0.00 | FA |
| 5. 401k Brother's Corporation | 133,507.81 | 0.00 | | 0.00 | FA |
| 6. IRA | 16,000.00 | 0.00 | | 0.00 | FA |
| 7. Tax Refund (u) | 0.00 | 3,595.00 | | 3,595.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $153,857.81 | $4,695.00 | | $3,595.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

LFORM1

UST Form 101-7-TDR (10/1/2010)  *(Page: 6)*

Ver: 20.00a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-22477 -PSH | Trustee Name: Phillip D. Levey |
| Case Name: | KASPARI, PAUL D | Bank Name: ASSOCIATED BANK |
| | | Account Number / CD #: *******5182 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9609 | |
| For Period Ending: | 06/15/17 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/01/16 | 7 | Paul D. Kaspari | Income Tax Refund | 1224-000 | 3,595.00 | | 3,595.00 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,585.00 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,575.00 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,565.00 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,555.00 |
| 03/23/17 | 010001 | International Sureties, Ltd.<br>701 Poydras St. - Suite 420<br>New Orleans, LA  70139 | TRUSTEE'S BOND | 2300-000 | | 1.09 | 3,553.91 |
| 05/30/17 | 010002 | Phillip D. Levey<br>2722 North Racine Ave.<br>Chicago, IL  60614 | Trustee Compensation | 2100-000 | | 898.75 | 2,655.16 |
| 05/30/17 | 010003 | Phillip D. Levey<br>2722 North Racine Ave.<br>Chicago, IL  60614 | Trustee Expenses | 2200-000 | | 16.64 | 2,638.52 |
| 05/30/17 | 010004 | Citizens State Bank of La Crosse<br>PO Box 966<br>La Crosse, WI 54601 | Claim 000001, Payment 0.63037% | 7200-000 | | 2,638.52 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 3,595.00 | 3,595.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 3,595.00 | 3,595.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 3,595.00 | 3,595.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5182 | 3,595.00 | 3,595.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,595.00 | 3,595.00 | 0.00 |
| | ============ | ============ | ============ |

Page Subtotals     3,595.00     3,595.00

Ver: 20.00a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 16-22477 -PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | KASPARI, PAUL D | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5182  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9609 | | |
| For Period Ending: | 06/15/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*